August 26, 2011

Mr. William A. 'Andy' Taylor
Andy Taylor & Associates, P.C.
405 Main Street, Suite 200
Houston, TX 77002
Mr. David M. Gunn
Beck Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 08-0658
 Court of Appeals Number: 14-06-00167-CV
 Trial Court Number: 04-72705

Style: CARROLL G. ROBINSON, BRUCE R. HOTZE, AND JEFFREY N. DAILY
 v.
 ANNISE D. PARKER, MAYOR; CITY OF HOUSTON; HOUSTON CITY COUNCIL, ET
 AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Theresa Chang|
| | |
| |Mr. Ed Wells |
| |Mr. Jonathan Day |
| |Mr. Warren W. |
| |Harris |
| |Mr. David A. |
| |Furlow |